GEORGE E. TUCKER, Respondent, *v.* EMORY W. ABBOTT, Impleaded, etc., Appellant.

(Argued December 4, 1890; decided December 16, 1890.)

APPEAL from order of the General Term of the Supreme Court in the third judicial department, made May 1, 1888,

which reversed a judgment in favor of defendant and granted a new trial.

*V. P. Abbott* for appellant.

*C. H. Walts* for respondent.

Agree to affirm order, and judgment absolute ordered for plaintiff on stipulation; no opinion.

All concur, except EARL, J., not voting.

Order affirmed and judgment accordingly.